JS 44C/SDNY
REV. 06/01/17

CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Arnold M. Golden III | Popular, Inc. |
| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER | ATTORNEYS (IF KNOWN) |

Michael R. Reese   (212) 643-0500
REESE LLP
100 West 93rd Street, 16th Floor, New York, New York 10025

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. 1332(d) - improper bank fees

Has this  action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [✓] Yes [ ]    Judge Previously Assigned

If yes, was this case  Vol. [ ] Invol. [ ]  Dismissed.  No [ ]  Yes [ ]   If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?        No [x]        Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                    NATURE OF SUIT

TORTS                                             ACTIONS UNDER STATUTES

**CONTRACT**

[ ] 110    INSURANCE
[ ] 120    MARINE
[ ] 130    MILLER ACT
[ ] 140    NEGOTIABLE
           INSTRUMENT
[ ] 150    RECOVERY OF
           OVERPAYMENT &
           ENFORCEMENT
           OF JUDGMENT
[ ] 151    MEDICARE ACT
[ ] 152    RECOVERY OF
           DEFAULTED
           STUDENT LOANS
           (EXCL VETERANS)
[ ] 153    RECOVERY OF
           OVERPAYMENT
           OF VETERAN'S
           BENEFITS
[ ] 160    STOCKHOLDERS
           SUITS
[x] 190    OTHER
           CONTRACT
[ ] 195    CONTRACT
           PRODUCT
           LIABILITY
[ ] 196 FRANCHISE

**REAL PROPERTY**

[ ] 210    LAND
           CONDEMNATION
[ ] 220    FORECLOSURE
[ ] 230    RENT LEASE &
           EJECTMENT
[ ] 240    TORTS TO LAND
[ ] 245    TORT PRODUCT
           LIABILITY
[ ] 290    ALL OTHER
           REAL PROPERTY

**PERSONAL INJURY**

[ ] 310 AIRPLANE
[ ] 315 AIRPLANE PRODUCT
        LIABILITY
[ ] 320 ASSAULT, LIBEL &
        SLANDER
[ ] 330 FEDERAL
        EMPLOYERS'
        LIABILITY
[ ] 340 MARINE
[ ] 345 MARINE PRODUCT
        LIABILITY
[ ] 350 MOTOR VEHICLE
[ ] 355 MOTOR VEHICLE
        PRODUCT LIABILITY
[ ] 360 OTHER PERSONAL
        INJURY
[ ] 362 PERSONAL INJURY -
        MED MALPRACTICE

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**

[ ] 440   OTHER CIVIL RIGHTS
          (Non-Prisoner)
[ ] 441 VOTING
[ ] 442 EMPLOYMENT
[ ] 443 HOUSING/
        ACCOMMODATIONS
[ ] 445 AMERICANS WITH
        DISABILITIES -
        EMPLOYMENT
[ ] 446  AMERICANS WITH
        DISABILITIES -OTHER
[ ] 448 EDUCATION

**PERSONAL INJURY**
[ ] 367 HEALTHCARE/
PHARMACEUTICAL PERSONAL
INJURY/PRODUCT LIABILITY
[ ] 365 PERSONAL INJURY
        PRODUCT LIABILITY
[ ] 368 ASBESTOS PERSONAL
        INJURY PRODUCT
        LIABILITY

**PERSONAL PROPERTY**

[ ] 370 OTHER FRAUD
[ ] 371 TRUTH IN LENDING

[ ] 380 OTHER PERSONAL
        PROPERTY DAMAGE
[ ] 385 PROPERTY DAMAGE
        PRODUCT LIABILITY

**PRISONER PETITIONS**
[ ] 463 ALIEN DETAINEE
[ ] 510 MOTIONS TO
        VACATE SENTENCE
        28 USC 2255
[ ] 530 HABEAS CORPUS
[ ] 535 DEATH PENALTY
[ ] 540 MANDAMUS & OTHER

**PRISONER CIVIL RIGHTS**

[ ] 550 CIVIL RIGHTS
[ ] 555 PRISON CONDITION
[ ] 560 CIVIL DETAINEE
        CONDITIONS OF CONFINEMENT

**FORFEITURE/PENALTY**

[ ] 625 DRUG RELATED
SEIZURE OF PROPERTY
21 USC 881
[ ] 690 OTHER

**PROPERTY RIGHTS**

[ ] 820 COPYRIGHTS
[ ] 830 PATENT
[ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION
[ ] 840 TRADEMARK

**LABOR**

[ ] 710 FAIR LABOR
        STANDARDS ACT
[ ] 720 LABOR/MGMT
        RELATIONS
[ ] 740 RAILWAY LABOR ACT
[ ]  751 FAMILY MEDICAL
LEAVE ACT (FMLA)
[ ] 790 OTHER LABOR
        LITIGATION
[ ] 791 EMPL RET INC
        SECURITY ACT (ERISA)

**IMMIGRATION**

[ ] 462 NATURALIZATION
        APPLICATION
[ ] 465 OTHER IMMIGRATION
        ACTIONS

**BANKRUPTCY**

[ ] 422 APPEAL
        28 USC 158
[ ] 423 WITHDRAWAL
        28 USC 157

**SOCIAL SECURITY**

[ ] 861 HIA (1395ff)
[ ] 862 BLACK LUNG (923)
[ ] 863 DIWC/DIWW (405(g))
[ ] 864 SSID TITLE XVI
[ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**

[ ] 870 TAXES (U.S. Plaintiff or
        Defendant)
[ ] 871 IRS-THIRD PARTY
        26 USC 7609

**OTHER STATUTES**

[ ] 375 FALSE CLAIMS
[ ] 376 QUI TAM
[ ] 400 STATE
        REAPPORTIONMENT
[ ] 410 ANTITRUST
[ ] 430 BANKS & BANKING
[ ] 450 COMMERCE
[ ] 460 DEPORTATION
[ ] 470 RACKETEER INFLU-
        ENCED & CORRUPT
        ORGANIZATION ACT
        (RICO)
[ ] 480 CONSUMER CREDIT
[ ] 490 CABLE/SATELLITE TV

[ ] 850 SECURITIES/
        COMMODITIES/
        EXCHANGE

[ ] 890 OTHER STATUTORY
        ACTIONS
[ ] 891 AGRICULTURAL ACTS

[ ] 893 ENVIRONMENTAL
        MATTERS
[ ] 895 FREEDOM OF
        INFORMATION ACT
[ ] 896 ARBITRATION
[ ] 899 ADMINISTRATIVE
        PROCEDURE ACT/REVIEW OR
        APPEAL OF AGENCY DECISION

[ ] 950 CONSTITUTIONALITY OF
        STATE STATUTES

Check if demanded in complaint:

[✓] CHECK IF THIS IS A CLASS ACTION
    UNDER F.R.C.P. 23

DEMAND $ 5000000_____ OTHER _____

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y. AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

JUDGE _____ DOCKET NUMBER_____

Check YES only if demanded in complaint
JURY DEMAND: [ ] YES  [ ] NO

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN  x  IN ONE BOX ONLY)*                    **ORIGIN**

[X] 1 Original Proceeding    [ ] 2 Removed from State Court    [ ] 3 Remanded from Appellate Court    [ ] 4 Reinstated or Reopened    [ ] 5 Transferred from (Specify District)    [ ] 6 Multidistrict Litigation (Transferred)    [ ]7 Appeal to District Judge from Magistrate Judge

[ ] a. **all parties represented**

[ ] b. **At least one party is pro se.**

[ ] 8 Multidistrict Litigation (Direct File)

*(PLACE AN  x  IN ONE BOX ONLY)*          **BASIS OF JURISDICTION**          *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

[ ] 1 U.S. PLAINTIFF    [ ] 2 U.S. DEFENDANT    [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)    [X] 4 DIVERSITY

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [x] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [x] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

 Arnold M. Golden III
 4307 Waterford Valley Drive
 Durham, North Carolina 27713
 Durham County

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

 Popular, Inc.
 85 Broad Street
 New York, New York 10004
 New York County

DEFENDANT(S) ADDRESS UNKNOWN

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    [ ] WHITE PLAINS    [X] MANHATTAN

DATE 03/25/20          SIGNATURE OF ATTORNEY OF RECORD

RECEIPT #    /s/ Michael R. Reese

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[X] YES (DATE ADMITTED  Mo. Sept____  Yr. 2002____)
Attorney Bar Code # MR-5183

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)