16 USC 1855(3)(A) Summons IH form 5
4/17

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

ARNOLD M. GOLDEN III, on behalf of himself and all others similarly situated,

            Plaintiff

v.

Popular, Inc.

           Defendant

Civil Action No. 20-cv-2573

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
Popular, Inc.
85 Broad Street
New York, New York 10004

A lawsuit has been filed against you.

Within 45 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael R. Reese
REESE LLP
100 West 93rd Street, 16th Floor
New York, New York 10025

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: _____

_____
Signature of Clerk or Deputy Clerk