Sheehan & Associates, P.C.  60 Cuttermill Rd Ste 409, Great Neck NY 11021-3104
spencer@spencersheehan.com  tel. 516.303.0552   fax 516.234.7800

August 19, 2020

District Judge Andrew L. Carter, Jr
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  1:20-cv-02573-ALC
Golden III v. Popular, Inc.

Dear District Judge Carter:

      This office, with co-counsel, represents the plaintiff. On Friday, August 14, 2020, defendant filed a pre-motion letter seeking a conference prior to moving to dismiss the complaint. In accordance with your Honor's Individual Practices, plaintiff submits this request for an extension of time until August 28, 2020 to respond to defendant's letter. The original date by which plaintiff is required to respond to defendant's letter is August 19, 2020. There have been no previous requests for an extension to respond to defendant's letter. No previous request was granted or denied. Defendant consents to the present request. This request does not affect any other scheduled dates. Thank you.

Respectfully submitted,

/s/Spencer Sheehan
Spencer Sheehan

Certificate of Service

I certify that on August 19, 2020, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan